# United States District Court
## Eastern District of Louisiana

| | |
|---|---|
| Samuel Nicholas III p/k/a Sam Skully<br>   v.<br>Adam J. Pigott p/k/a BlaqNmilD;<br>Musical Geniuses Records, LLC;<br>Freddie Ross, Jr. p/k/a Big Freedia;<br>Asylum Worldwide LLC;<br>East West Records LLC;<br>Fuse Media, Inc.;<br>World of Wonder Productions, Inc.;<br>Aubrey Drake Graham p/k/a Drake;<br>Young Money Entertainment LLC;<br>Warner-Tamerlane Publishing Corp.;<br>WC Music Corp. | Civil Action<br><br>Case No.  20-03416<br><br>Sec. H<br><br>Div. 2<br><br>Jury Demanded |

## Notice of Collateral Proceedings
### Under Local Rule LR3.1

Please Take Notice that Case No. 20-03416 is related to Case No. 19-12258 in this Eastern District of Louisiana. This Case No. 20-03416 is substantially a re-filing, with modifications, of Case No. 19-12258, which was dismissed without prejudice on 16 December 2020, the same date the present civil action was filed. (See Rec.Doc.16 in 19-12258.)

Dated: 17 December 2020

Respectfully Submitted:
*Attorney for Plaintiff Samuel Nicholas III*

  *s/Mark Edw. Andrews/*

Mark Edw. Andrews
La. Bar No. 26172
Andrews Arts & Sciences Law llc
7104 Coliseum St., New Orleans, LA  70118
504-383-3632
mea@mealaw.com

—Certificate—

I, Mark Edw. Andrews, certify this document is filed via the court's CM/ECF system this 17 December 2020.  *s/Mark Edw. Andrews/*