UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SAMUEL NICHOLAS, III                                    CIVIL ACTION

VERSUS                                                  NO. 20-3416 "H"(2)

ADAM J PIGOTT ET AL

ORDER TRANSFERRING CASE

It has been brought to the Court's attention that the above-captioned case is related to Civil Action 19-12258 Nicholas v. Pigott, et al, a case allotted to U.S. District Judge Carl Barbier.

**IT IS ORDERED** that this case be and hereby is **TRANSFERRED** to Section J of the United States District Court for the Eastern District of Louisiana pursuant to Local Rule 3.1.1E.

New Orleans, Louisiana, this 21st day of December, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

December 21, 2020

TRANSFERRED TO
**SECT. J**